JACKSON, *ex dem.* HART, *against* SMITH.

A writ of er-    IN ejectment.    The verdict and judgment being for the
ror by a plain-
tiff in ejectment  defendant, he caused the costs to be taxed, and regularly
stays an attach-  demanded of the lessor of the plaintiff, the 9*th* of *January*
ment against
his lessor, for   last; but they were not paid.    On the 6*th* of *February*
non-payment of
costs.      thereafter, the plaintiff sued out and filed with the clerk
of this court his writ of error; and put in bail in error.

A motion was now made, in behalf of the defendant, for an attachment against the lessor of the plaintiff, for not paying the costs.

This was opposed, on the ground that error had been brought.

*G. B. Throop,* for the motion.

*J. T. B. Van Vechten,* contra.

*Curia.* A writ of error stays execution, if brought before it is executed. It has the same effect upon an attachment against the lessor of the plaintiff, which is in nature of an execution. The motion for the attachment must be denied without costs.

Motion denied.